AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

**FILED**

**October 21, 2025**

**KAREN MITCHELL**
**CLERK, U.S. DISTRICT COURT**

|  |  |
|---|---|
| United States of America <br> v. <br> ANWAR JEMAL ABDELA <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No.  3:25-MJ- 1028-BK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 27, 2025 _____ in the county of _____ Dallas _____ in the _____ Northern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a Threat in Interstate Commerce |

This criminal complaint is based on these facts:

See attached Affidavit of ███████████ , FBI

☑ Continued on the attached sheet.

███████████████████████████
*Complainant's signature*

███████████ , FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1

Date:  October 21, 2025

*Judge's signature*

City and state:  Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-MJ-1028-BK |
| v. | **Filed Under Seal** |
| ANWAR JEMAL ABDELA | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, ▮▮▮▮▮▮▮▮, being first duly sworn, hereby depose and state as follows:

## Introduction

1.      As set forth in further detail below, there is probable cause to believe that, on or about September 27, 2025, in the Northern District of Texas, Anwar Jemal Abdela, transmitted "i kill the c@ps then i kill you" on the social media platform Discord.

## Agent Background

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been with the FBI since ▮▮▮▮▮▮▮▮.  I am currently assigned to the Dallas Division, where I serve on the North Texas Joint Terrorism Task Force.  In this capacity, I am responsible for investigating International terrorism cases, including, but not limited to, Homegrown Violent Extremists, Sunni Extremists, and Shi'a Extremists.  I have received training in interviewing and interrogation techniques; arrest procedures; search and seizure; search warrant applications; conducting physical surveillance; consensual monitoring; analyzing telephone and electronic pen register and caller identification; and electronic and physical surveillance procedures at the FBI Academy in Quantico, Virginia. In addition to basic law enforcement training, I have also received training in

**Affidavit in Support of Criminal Complaint—Page 1**

the following areas: baseline counterterrorism knowledge, to include radicalization and mobilization-to-violence indicators; skills, abilities, and investigative techniques, including the use of legal process, human intelligence ("HUMINT"), and surveillance; and procedures, policies, and legal considerations as they relate to the disruption of counterterrorism threats.

3.    The information contained in this affidavit is based on, among other things, my personal knowledge and observations during the course of this investigation; information conveyed to me by complainants, other agents and members of the FBI, the public, and other government agencies and officials (including law enforcement); and my review of records, documents, and other evidence obtained during this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Applicable Law

4.    Pursuant to 18 U.S.C. § 875(c), "[w]hoever transmits in interstate or foreign commerce any communication containing any threat … any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## Probable Cause

5.    On October 21, 2024, the FBI received information from a tipster regarding a Discord user by the usernames, "rimazynn" and "anwar1x" both associated with the ██████████████████████████ (UID 6034). The tipster provided the following statements from UID 6034: "based hadith i want to kill every jew," made on July 8, 2024; and "i

Affidavit in Support of Criminal Complaint—Page 2

think we should just kill off the kaff!rs" and "wallah my dream was to kill every kaff!r," made on September 3, 2024. Throughout the course of the investigation and legal process, the FBI identified the user of Discord UID 6034 as Anwar Jemal Abdela in Irving, Texas.

6.      Following notification of these statements by the user of UID 6034, on October 24, 2024, the FBI made an Emergency Disclosure Request ("EDR") to Discord. On November 4, 2024, Discord provided the following information regarding UID 6034:

    a.  username: █████████;

    b.  email address: ████████████████;

    c.  telephone number: +█████████; and

    d.  several IP addresses resolving to Irving, Texas and Dallas, Texas.

7.      Subsequent thereto, FBI Dallas queried telephone number +█████████ through open-source databases which resulted in the following:

    a.  Anwar Jemal Abdela;

    b.  Date of Birth: ████████████;

    c.  Social Security Number: █████████;

    d.  Physical Address: █████████████████████, Irving, Texas

8.      As a part of the investigation, the FBI obtained and issued a subpoena to Discord that corroborated the fact that UID 6034 is subscribed to by Abdela. In addition to the email, telephone number, and IP addresses, the returns contained the following billing information:

    a.  Billing Name: Anwar Abdela

b. Billing Street: ███████████████

c. Billing City: Irving

d. Billing State: TX

9.      Through the acquisition of reporting within the Discord server, ███████

████████████████████, FBI Dallas discovered numerous statements made by

**ABDELA**, UID 6034, between August 2024 and January 2025, that explicitly expressed:

a. that he had desired to be a terrorist since he was a minor;

b. claims of support for the Taliban and Harakat al-Muqawamah al-Islamiyyah, also known as HAMAS – a designated Foreign Terrorist Organization;

c. threats to conduct a bombing;

d. threats to destroy religious places of worship;

e. his desire to be like Usama bin Laden;

f. that he was in the United States to conduct another September 11th attack;

g. advocating for the killing of Christians, women, Shia Muslims, and those that he considers to be non-believers;

h. that he was not scared of death while conducting "jihad" in and outside of the United States; and

i. soliciting the physical address of another Discord user after stating "can't wait to see your livers and body parts teared apart while you cry help me for eternity," and "ok let me stab you."

**Affidavit in Support of Criminal Complaint—Page 4**

10.     Based on the acquisition of the aforementioned statements, the FBI identified multiple communications of threats made by Abdela using his UID 6034 on Discord.

11.     On September 2, 2024, Abdela made the following communicated threats within the Discord server, ██████ ████████████████████████. On September 2, 2024, at 10:47PM, Abdela stated, "police if you are seeing this" and "i am here in america to show them 9/11 again."



12.     On September 2, 2024, Abdela made the following communicated threats within the Discord server, ██████ ███████████████████████. On September 2, 2024, at 10:45PM, Abdela stated, "feeling like bin laden let's do another 9/11?"



13.     On December 2, 2024, Abdela made the following communicated threats towards a user within the Discord server, ██████ █████████████████████████. On December 2, 2024 at 4:14PM, Abdela stated, "can't wait to see your livers and body parts teared apart while you cry help me for eternity"; at 4:15PM, "ok let me stab you"; at

4:16PM, "text me your address I'll be there one less satanic person in the world to cleanup"; and at 4:18PM, "can't wait I get chills thinking about it."

14.    On January 1, 2025, Abdela made the following communicated threat within the Discord server, ███████ ███████████████████████████████. On January 1, 2025, at 6:15PM, Abdela stated, "WE NEED TO JIHAD SHIA MOSQUE."

15.    On January 13, 2025, Abdela made the following communicated threat towards a user within the Discord server, ██████," ███████████████████████████. On January 13, 2025 at 12:02AM, Abdela stated, "im gonna bomb you."



16.    On April 7, 2025, based on the information described above, FBI Dallas obtained and executed a search warrant on Discord account UID 6034, operated by Abdela. The FBI discovered additional statements made by Abdela on May 31, 2024, where Abdela joined a Hebrew language Discord server, that claims to be an active community for Israeli gamers and engaged in an antisemitic and sexually explicit threatening communications against Jews, to include a step-by-step description of mutilating a woman's body for sexual abuse.

17.    On May 31, 2024, Abdela made these sexually explicit threatening statements within the server and towards individuals:

   a.    "go read ur Talmud and rape ur little sister";

   b.    "maybe I can ur sister too";

c. "yea but I love raping Jewish girls it's a new kink for me";

d. "and im busy raping your Jewish sister here in America";

e. "yea do you wanna know how I treat them here"

f. "1. you cut their head cause their face is so ugly";

g. "2. make sure the pussy is warm";

h. "3. cut of their body parts expects the vagina"; and

i. "4. have a pussy lying around for me to use all times."

18.    Following the execution of the search warrant on Abdela's Discord account, the FBI continued to observe Abdela make statements from such account in May and June of 2025, in the Discord channel, "█████," █████████████████████████.

19.    On May 8, 2025, Abdela made the following communication within the Discord server, "█████," █████████████████████████. On May 8, 2025 at 8:47PM, Abdela stated, "I had a gun at 15."

20.    On May 10, 2025, Abdela made the following communicated threat within the Discord server, "█████," █████████████████████████. On May 10, 2025 at 6:44PM, Abdela stated, "idc, I want to die a shaheed than live with these weak muslims who can't do jihad."

21.    On May 24, 2025, Abdela made the following threat communication within the Discord server, "█████," █████████████████████████. On May 24, 2025 at 9:23PM, Abdela stated, "I also bullied a jew sadly he committed sui cide."

22.     On June 5, 2025, Abdela made the following communication within the Discord server, "████," ████████████████████████. On June 5, 2025 at 8:24PM, Abdela stated, "FBI COME GET ME."

23.     On June 6, 2025, Abdela made the following communicated threat within the Discord server, "████," ████████████████████████. On June 6, 2025 at 4:20PM, Abdela stated, "I will do jihad."

24.     On September 18, 2025, based on the information described above, FBI Dallas obtained and executed a second search warrant on Discord account UID 6034, operated by Abdela. The search warrant was executed to further identify and assess Abdela's statements within servers or in direct messaging channels that were not captured within the first search warrant execution on Discord on April 7, 2025. On October 3, 2025, FBI Dallas received returns from Discord in compliance with this second search warrant.

25.     The following messages were obtained from the above-referenced search warrant. Produced in the second Discord search warrant return, on May 23, 2025, Abdela made the following statements in the ████████████████████████:

  a.   "kill all gays";

  b.   "im muslim we kill all gays like u"

  c.   "i support you gang go rape her";

  d.   "RAPE HERRR TO DEATH."

26.    On September 27, 2025, on Discord server ███████ ████████ ███████████████, at 5:04PM, Abdela stated "i kill the c@ps then i kill you" to an unknown user whose original message was deleted.



27.    Discord is a multimedia messaging service, accessible through its mobile and desktop applications and through its website, that allows subscribers to share messages, multimedia, and other information with Discord users. I know Discord to be a worldwide platform that utilizes the Internet and transmits communications in interstate commerce throughout the country.

[Nothing further on this page]

**Affidavit in Support of Criminal Complaint—Page 9**

**Conclusion**

28.      Based on my training and experience and the facts as set forth in this affidavit, I submit that there is probable cause to believe that between, on or about, September 27, 2025, in the Northern District of Texas, Dallas Division, Anwar Jemal Abdela, knowingly transmitted in interstate and foreign commerce communicated to unidentified victims on the Discord online platform the following: "i kill the c@ps then i kill you," containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

Special Agent, FBI

Agent sworn and signature confirmed via reliable electronic means, pursuant to Rules 4.1 of the Federal Rules of Criminal Procedure on October 21 , 2025.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**Affidavit in Support of Criminal Complaint—Page 10**