AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

FILED-USDC-NDTX-DA
'25 OCT 28 AM 11:03

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.    3:25-MJ-1028-BK |
| ANWAR JEMAL ABDELA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ANWAR JEMAL ABDELA                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §        Transmitting a Threat in Interstate Commerce
875(c)

Date:     10/21/2025 3:20 pm

*Issuing officer's signature*

City and state:     Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/21/2025 , and the person was arrested on *(date)* 10/22/2025 at *(city and state)* Irving, Texas . |

Date: 10/22/2025

*Arresting officer's signature*

Abigail Lee Wright, Special Agent
*Printed name and title*

FBI                                                                                                         11878412