IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'26 MAR 24 PM3:30

*KM*

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| ANWAR JAMAL ABDELA | 3-26CR-139-X |

## INFORMATION

The United States Attorney Charges:

Count One
Communicating a Threat in Interstate Commerce
(Violation of 18 U.S.C. § 875(c))

On or about September 27, 2025, in the Northern District of Texas and elsewhere, the defendant, Anwar Jamal Abdela, knowingly transmitted in interstate and foreign commerce a communication via the messaging platform Discord containing threats to injure the person of another, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as a threat, namely, Abdela told another user "i kill the c@ps then i kill you."

In violation of 18 U.S.C. § 875(c).

**Information—Page 1**

RYAN RAYBOULD
UNITED STATES ATTORNEY

NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, TX 75242
Tel:  214-659-8838
Fax:  214-659-8800
Email:  nicole.dana@usdoj.gov